UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CRAIG ALLEN ZIMMERMAN and : CHAPTER 13
MEREDITH ANN ZIMMERMAN :
  Debtors :
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
  Movant :
:
  vs. :
:
CRAIG ALLEN ZIMMERMAN and :
MEREDITH ANN ZIMMERMAN :
  Respondents : CASE NO. 1-23-bk-00456

TRUSTEE'S OBJECTION THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 20th day of December, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtors' plan for the following reason(s):

1. The Trustee avers that debtors' plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.

WHEREFORE, Trustee alleges and avers that debtors' plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

  Respectfully submitted:

  Jack N. Zaharopoulos
  Standing Chapter 13 Trustee
  8125 Adams Drive, Suite A
  Hummelstown, PA 17036
  (717) 566-6097

BY:   /s/Douglas R. Roeder
  Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this   20th   day of December, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael Cibik, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA   19102

        /s/Deborah A. DePalma
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee