| Name: | *Zimmerman* | | | | | |
|---|---|---|---|---|---|---|
| | | | **Filed Bankruptcy 03/03/23** | | | *EXHIBIT A* |

| Date Posted to Account | Amount Paid | Post-Petition Due Date (Applied To) | Post-Petition Amount Due | Suspense Funds (+/-) | Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | | | | | $0.00 | |
| 04/24/23 | $ 900.00 | 04/01/23 | $895.77 | $ 4.23 | $ 4.23 | First pp pmt @: $895.77 4/1/2023 |
| 05/12/23 | $ 900.00 | 05/01/23 | $895.77 | $ 4.23 | $ 8.46 | |
| 06/13/23 | $ 900.00 | 06/01/23 | $895.77 | $ 4.23 | $ 12.69 | |
| 08/01/23 | $ 900.00 | 07/01/23 | $895.77 | $ 4.23 | $ 16.92 | |
| 08/28/23 | $ 900.00 | 08/01/23 | $895.77 | $ 4.23 | $ 21.15 | |
| 10/04/23 | $ 900.00 | 09/01/23 | $895.77 | $ 4.23 | $ 25.38 | |
| 10/18/23 | $ 900.00 | 10/01/23 | $895.77 | $ 4.23 | $ 29.61 | |
| 12/11/23 | $ 900.00 | 11/01/23 | $895.77 | $ 4.23 | $ 33.84 | |
| 02/28/24 | $ 950.00 | 12/01/23 | $895.77 | $ 54.23 | $ 88.07 | |
| | | | | $ - | $ 88.07 | |
| | | 01/01/24 | $947.28 | | | Pmt Change @: $947.28 1/1/2024 |
| | | 02/01/24 | $947.28 | | | |
| | | 03/01/24 | $947.28 | | | |
| | | Totals: | $2,841.84 | | | PP Delinquency: $2,841.84 |
| | | | | | | Less Suspense: $88.07 |
| | | | | | | Total needed to cure delinquency: $2,753.77 |