Rev. 03/23/21

<u>LOCAL BANKRUPTCY FORM 4001-1</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CRAIG ALLEN ZIMMERMAN | : | Case No. 1:23-bk-00456-HWV |
| MEREDITH ANN ZIMMERMAN | : | |
| **Debtors** | : | |

POST-PETITION PAYMENT HISTORY
NOTE AND MORTGAGE DATED December 12, 2013

Recorded on December 30, 2013, in York County, Instrument Number 2013069587 in Book 2263, at Page 8009.

Property Address:
4 North Pearl Street, York, Pennsylvania 17404.

Mortgage Servicer:
Santander Bank, N.A.

Post-petition mailing address for Debtor(s) to send payment:
SANTANDER BANK, N.A.
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH, IL 60047

Mortgagor(s)/Debtor(s):
CRAIG ALLEN ZIMMERMAN and MEREDITH ANN ZIMMERMAN

Payments are contractually due:

Monthly ☒ Semi-monthly ☐ Bi-weekly ☐ Other _____

Each Monthly Payment is comprised of:

| | |
|---|---|
| Principal and Interest | $487.92 |
| R.E. Taxes | $0.00 |
| Insurance | $0.00 |
| Late Charges | $0.00 |
| Other (Specify: Escrow) | $459.36 |
| **Total** | **$947.28** |

**POST-PETITION PAYMENTS** (Petition was filed on March 3, 2023)

| Payment amount due | Date payment was due | Date payment was received | Amount received | Check number | How payment was applied (mo./yr.) |
|---|---|---|---|---|---|
| PLEASE SEE PAYMENT HISTORY ATTACHED AS EXHIBIT "A" | | | | | |
| | | | | | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of March 4, 2024.

TOTAL AMOUNT OF POST-PETITION ARREARS $2,753.77 as of March 4, 2024.

Dated: March 5, 2024

Santander Bank, N.A.

Jodi Reisch, Authorized Signer
Print Name and Title