## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>CRAIG ALLEN ZIMMERMAN<br>MEREDITH ANN ZIMMERMAN<br>     Debtors | Case No. 1:23-bk-00456-HWV |
| SANTANDER BANK, N.A.<br>     Movant | Chapter 13 |
| vs.<br>CRAIG ALLEN ZIMMERMAN<br>MEREDITH ANN ZIMMERMAN<br>     Respondents | 11 U.S.C. §362 |

### CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on February 19, 2024, my office contacted the counsel for Debtors and the

Trustee to obtain an agreement as to the attached Motion for Relief being filed on behalf of Santander

Bank, N.A.

I request that an answer date be scheduled for the disposition of the above-captioned Motion

for Relief.

Date: March 6, 2024

                          */s/Mario Hanyon*
                          Andrew Spivack, PA Bar No. 84439
                          Matthew Fissel, PA Bar No. 314567
                          Mario Hanyon, PA Bar No. 203993
                          Ryan Starks, PA Bar No. 330002
                          Jay Jones, PA Bar No. 86657
                          Attorney for Creditor
                          BROCK & SCOTT, PLLC
                          3825 Forrestgate Drive
                          Winston Salem, NC 27103
                          Telephone: (844) 856-6646
                          Facsimile: (704) 369-0760
                          E-Mail: PABKR@brockandscott.com