## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>CRAIG ALLEN ZIMMERMAN<br>MEREDITH ANN ZIMMERMAN<br>     Debtors | Case No. 1:23-bk-00456-HWV |
| SANTANDER BANK, N.A.<br><br>     Movant | Chapter 13 |
| vs.<br>CRAIG ALLEN ZIMMERMAN<br>MEREDITH ANN ZIMMERMAN<br>     Respondents | 11 U.S.C. §362 |

### CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Motion and Motion for Relief from the Automatic Stay at the addresses shown below or on the attached list on March 6, 2024.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail:

CRAIG ALLEN ZIMMERMAN
4 N PEARL ST
YORK, PA 17404-5310

MEREDITH ANN ZIMMERMAN
4 N PEARL ST
YORK, PA 17404-5310

Service by Electronic Notification:

MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail.

Date: March 6, 2024

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com