## LOCAL BANKRUPTCY FORM 9019-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>**CRAIG ALLEN ZIMMERMAN**<br>**MEREDITH ANN ZIMMERMAN**    **Debtor(s)** | **CHAPTER** | **13** |
| | **CASE NO.** | **1:23-bk-00456-HWV** |
| | **NATURE OF PROCEEDING:** | **Motion for Relief from Stay** |
| **Santander Bank, N.A.** | **DOCUMENT No.** | **40** |

**Plaintiff(s)/ Movants**

**vs.**

CRAIG ALLEN
ZIMMERMAN
MEREDITH ANN
ZIMMERMAN

**Defendant(s)/ Respondent(s)**

### REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

    ☐ Thirty (30) days.
    ☒ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **May 6, 2024**

/s/ Mario Hanyon

Attorney for:    Santander Bank, N.A.

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.