UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CRAIG ALLEN ZIMMERMAN
            MEREDITH ANN ZIMMERMAN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS           CASE NO: 1-23-00456-HWV
CHAPTER 13 TRUSTEE

Movant

vs.

CRAIG ALLEN ZIMMERMAN
MEREDITH ANN ZIMMERMAN

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 31, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on January 9, 2024.

2. A hearing was held and an Order was entered on April 24, 2024 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

/s/   Douglas R. Roeder, Esquire
Id:   80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA   17036
Phone:   717-566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CRAIG ALLEN ZIMMERMAN
MEREDITH ANN ZIMMERMAN

          Debtor(s)            CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant            CASE NO: 1-23-00456-HWV

CRAIG ALLEN ZIMMERMAN
MEREDITH ANN ZIMMERMAN

          Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse     Date: July 24, 2024
Bankruptcy Courtroom 4B
1501 North 6th Street     Time: 09:35 AM
Harrisburg, PA 17102

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: May 31, 2024     /s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | CRAIG ALLEN ZIMMERMAN<br>MEREDITH ANN ZIMMERMAN | CHAPTER 13 |
| | Debtor(s) | |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE | CASE NO: 1-23-00456-HWV |
| | Movant | |
| vs. | | |
| | CRAIG ALLEN ZIMMERMAN<br>MEREDITH ANN ZIMMERMAN | |
| | Respondent(s) | |

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 31, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
MICHAEL A CIBIK, ESQUIRE
CIBIK LAW, PC
1500 WALNUT ST, SUITE 900
PHILADELPHIA, PA  19102

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

<u>Served by 1st Class Mail</u>
CRAIG ALLEN ZIMMERMAN
4 N PEARL ST
YORK, PA  17404-5310

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 31, 2024

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CRAIG ALLEN ZIMMERMAN<br>MEREDITH ANN ZIMMERMAN<br><br>Debtor(s)<br><br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>CRAIG ALLEN ZIMMERMAN<br>MEREDITH ANN ZIMMERMAN<br><br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 1-23-00456-HWV |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.