IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>CRAIG ALLEN ZIMMERMAN AND<br>MEREDITH ANN ZIMMERMAN<br>    Debtors | Case No. 1:23-bk-00456-HWV |
| Santander Bank, N.A.,<br>    Movant | Chapter 13 |
| vs.<br>CRAIG ALLEN ZIMMERMAN AND<br>MEREDITH ANN ZIMMERMAN<br>    Respondents | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this ____ day of _____, 2024, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Henry W. Van Eck
United States Bankruptcy Judge