IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>CRAIG ALLEN ZIMMERMAN AND<br>MEREDITH ANN ZIMMERMAN<br>    Debtors | Case No. 1:23-bk-00456-HWV |
| Santander Bank, N.A.,<br>    Movant | Chapter 13 |
| vs.<br>CRAIG ALLEN ZIMMERMAN AND<br>MEREDITH ANN ZIMMERMAN<br>    Respondents | 11 U.S.C. §362 |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay, Doc. 40, and it appearing that the parties have resolved this matter via Stipulation, Doc. 50, it is

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 11, 2024