# United States Bankruptcy Court
# Middle District of Pennsylvania

In re:

    Zimmerman, Craig,
    Zimmerman, Meredith Ann,

    Debtors.

Case No. 1:23-bk-00456-HWV

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtors' Fifth Amended Chapter 13 Plan and notice of confirmation hearing on the following parties by first class mail or through the CM/ECF system:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Brock & Scott, PLLC
2011 Renaissance Blvd Ste 100
Kng of Prussa, PA 19406-2782

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank/Best Buy
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179-0034

GREENSKY  LLC
5565 GLENRIDGE CON
7TH FLOOR
ATLANTA GA 30342-4796

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Members 1st FCU
Attn: Bankruptcy 5000 Marketplace Way
Enola, PA 17025-2431

Members 1st Federal Credit Union
PO Box 8893
Camp Hill, PA 17001-8893

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Sentinel Federal Cr Un
Po Box 700
Box Elder, SD 57719-0700

Service Finance Company
Attn: Bankruptcy
PO Box 2935
Gainesville, GA 30503-2935

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony/Ashley Furniture Homestore
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

TD Retail Card Services
Attn: Bankruptcy
1000 MacArthur Blvd
Mahwah, NJ 07430-2035

Toyota Financial Services
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

Truist Bank
Attn: Bankruptcy
Mail Code VA-RVW
Po Box 85092
Richmond, VA 23285-5092

Truist Bank
Service Finance Company LLC
555 S. Federal Highway #200
Boca Raton FL 33432-6033

U.S. Attorney, Middle District of Pa.
235 N Washington Ave Ste 311
Scranton, PA 18503-1533

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

West York Area School District
1891 Loucks Rd Ste 100
York, PA 17408-9900

West York Borough
1381 W Poplar St
York, PA 17404-5396

York County Tax Claim Bureau
28 E Market St Rm 105
York, PA 17401-1587

| | |
|---|---|
| York Water Company<br>130 E Market St<br>York, PA 17401-1219 | JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

Date: July 23, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    Case No. [Case No.]

[Debtor Name Long],                       Chapter [Chapter No.]

    Debtor.