United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00456-HWV
Craig Allen Zimmerman  Chapter 13
Meredith Ann Zimmerman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jul 25, 2024     Form ID: ordsmiss     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Craig Allen Zimmerman, Meredith Ann Zimmerman, 4 N Pearl St, York, PA 17404-5310 |
| 5525492 | + | Sentinel Federal Cr Un, Po Box 700, Box Elder, SD 57719-0700 |
| 5525498 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5525500 | | West York Area School District, 1891 Loucks Rd Ste 100, York, PA 17408-9900 |
| 5525501 | + | West York Borough, 1381 W Poplar St, York, PA 17404-5396 |
| 5525502 | | York County Tax Claim Bureau, 28 E Market St Rm 105, York, PA 17401-1587 |
| 5525503 | | York Water Company, 130 E Market St, York, PA 17401-1219 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jul 25 2024 22:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5525480 | | Email/Text: EBN@brockandscott.com | Jul 25 2024 18:38:00 | Brock & Scott, PLLC, 2011 Renaissance Blvd Ste 100, Kng of Prussa, PA 19406-2782 |
| 5525481 | + | EDI: CAPITALONE.COM | Jul 25 2024 22:37:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5534849 | | EDI: CAPITALONE.COM | Jul 25 2024 22:37:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5525483 | + | EDI: CITICORP | Jul 25 2024 22:37:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 5525491 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 25 2024 18:38:00 | Santander, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5541076 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 25 2024 18:38:00 | Santander Bank, N.A., 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 5536966 | | Email/Text: bankruptcy@greenskycredit.com | Jul 25 2024 18:38:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 5525484 | | EDI: IRS.COM | Jul 25 2024 22:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5525482 | | EDI: JPMORGANCHASE | Jul 25 2024 22:37:00 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5529343 | + | Email/Text: RASEBN@raslg.com | Jul 25 2024 18:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5525485 | | Email/Text: PBNCNotifications@peritusservices.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 25 2024 18:38:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5525486 | + | Email/Text: Unger@Members1st.org | Jul 25 2024 18:38:00 | Members 1st FCU, Attn: Bankruptcy 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5535486 | | Email/Text: Unger@Members1st.org | Jul 25 2024 18:38:00 | Members 1st Federal Credit Union, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5525487 | | EDI: AGFINANCE.COM | Jul 25 2024 22:37:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5525488 | | Email/Text: fesbank@attorneygeneral.gov | Jul 25 2024 18:38:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5525489 | | EDI: PENNDEPTREV | Jul 25 2024 22:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5525489 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5525490 | ^ | MEBN | Jul 25 2024 18:35:01 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5525493 | ^ | MEBN | Jul 25 2024 18:34:56 | Service Finance Company, Attn: Bankruptcy, PO Box 2935, Gainesville, GA 30503-2935 |
| 5525587 | ^ | MEBN | Jul 25 2024 18:35:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5525494 | | EDI: SYNC | Jul 25 2024 22:37:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5525495 | + | EDI: TDBANKNORTH.COM | Jul 25 2024 22:37:00 | TD Retail Card Services, Attn: Bankruptcy 1000 MacArthur Blvd, Mahwah, NJ 07430-2035 |
| 5525496 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 25 2024 18:38:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 5525497 | | Email/Text: bankruptcy@bbandt.com | Jul 25 2024 18:38:00 | Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW, Po Box 85092, Richmond, VA 23285-5092 |
| 5533230 | + | Email/Text: bankruptcy@bbandt.com | Jul 25 2024 18:38:00 | Truist Bank, Service Finance Company LLC, 555 S. Federal Highway #200, Boca Raton FL 33432-6033 |
| 5525499 | ^ | MEBN | Jul 25 2024 18:34:52 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Santander Bank, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael A. Cibik | on behalf of Debtor 1 Craig Allen Zimmerman help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael A. Cibik | on behalf of Debtor 2 Meredith Ann Zimmerman help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Craig Allen Zimmerman,<br>**Debtor 1**<br><br>Meredith Ann Zimmerman,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:23−bk−00456−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 25, 2024

ordsmiss (05/18)