# Cibik Law, P.C.                                                    INVOICE

1500 Walnut Street, Suite 900  
Philadelphia, PA 19102

Invoice # 4  
Date: 08/12/2024  
Due On: 09/11/2024

Craig Allen Zimmerman  
4 N Pearl Street  
York, PA 17404

## 2405-Zimmerman

## Bankruptcy 23-00456

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 02/15/2023 | MC | A106 Communicate (with client) B410 General Bankruptcy Advice/Opinions: Initial consultation - discussed objectives with client and answered questions. | 1.00 | $350.00 |
| 03/03/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted bankruptcy petition and creditor list upon review of credit report and other documents provided by the client. | 0.90 | $315.00 |
| 03/07/2023 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.30 | $105.00 |
| 03/08/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted chapter 13 plan, schedules, statement of financial affairs, and means test upon review of financial documents provided by client. | 3.30 | $1,155.00 |
| 03/15/2023 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.20 | $70.00 |
| 03/20/2023 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.30 | $105.00 |
| 03/21/2023 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.40 | $140.00 |
| 03/27/2023 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.20 | $70.00 |
| 04/06/2023 | MA | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Represented clients at meeting of creditors. | 0.50 | $175.00 |
| 06/27/2023 | MA | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Drafted amended chapter 13 plan | 0.50 | $175.00 |
| 08/28/2023 | MA | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Drafted amended chapter 13 plan | 0.50 | $175.00 |
| 11/27/2023 | MA | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Drafted amended chapter 13 plan | 0.50 | $175.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/09/2024 | MA | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Drafted amended chapter 13 plan | 0.50 | $175.00 |
| 03/06/2024 | MA | A104 Review/analyze B150 Meetings of and Communications with Creditors: Reviewed motion for relief filed by mortgage company. | 0.30 | $105.00 |
| 03/06/2024 | MA | A106 Communicate (with client) B150 Meetings of and Communications with Creditors: Discussed motion for relief and options for resolution with client. | 0.50 | $175.00 |
| 03/17/2024 | MA | A103 Draft/revise B150 Meetings of and Communications with Creditors: Drafted objection to motion for relief from stay. | 0.20 | $70.00 |
| 04/10/2024 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.30 | $105.00 |
| 04/11/2024 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.10 | $35.00 |
| 04/17/2024 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.30 | $105.00 |
| 05/01/2024 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.30 | $105.00 |
| 06/01/2024 | MA | A104 Review/analyze B150 Meetings of and Communications with Creditors: Reviewed stipulation of settlement re: motion for relief from stay. | 0.40 | $140.00 |
| 06/06/2024 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.30 | $105.00 |
| 07/23/2024 | MA | A103 Draft/revise B320 Plan and Disclosure Statement (including Business Plan): Drafted amended chapter 13 plan | 0.50 | $175.00 |
| 08/12/2024 | MA | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time slips and drafted fee application | 0.70 | $245.00 |
| | | **Quantity Subtotal** | | **13.0** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Mike Assad | Attorney | 12.0 | $350.00 | $4,200.00 |
| Michael Cibik | Attorney | 1.0 | $350.00 | $350.00 |
| | | **Quantity Total** | | **13.0** |
| | | | **Subtotal** | **$4,550.00** |
| | | | **Total** | **$4,550.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4 | 09/11/2024 | $4,550.00 | $0.00 | $4,550.00 |
| | | | **Outstanding Balance** | **$4,550.00** |
| | | | **Total Amount Outstanding** | **$4,550.00** |

Please make all amounts payable to: Cibik Law, P.C.

Please pay within 30 days.