**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 1:23-bk-00456-HWV |
| Craig Allen Zimmerman,<br>Meredith Ann Zimmerman, | Chapter 13 |
| Debtor. | |

### Order Approving Application to Approve Compensation

**AND NOW**, upon consideration of the Application to Approve Compensation filed by Cibik Law, P.C., and no objections having been filed to the notice of the application, it is hereby **ORDERED** that:

1. The application is **APPROVED.**

2. Cibik Law, P.C. is **ALLOWED** compensation in the amount of $4,500.00.

3. The balance due to counsel in the amount of $3,500 shall be disbursed by the Trustee.