# United States Bankruptcy Court
# Middle District of Pennsylvania

In re:                                          Case No. 1:23-bk-00456-HWV

    Craig Allen Zimmerman,            Chapter 13
    Meredith Ann Zimmerman,

          Debtor.

## Notice of Application to Approve Compensation

To Creditors and other parties in interest:

Notice is hereby given that Cibik Law, P.C., counsel to the Debtor, has filed a Final Fee Application. The Application seeks compensation for legal services rendered to the Debtor in the amount of $4,500.00 and reimbursement of $0.00 for costs and expenses incurred in the representation of the Debtor. Cibik Law, P.C. has not submitted any prior applications for compensation or reimbursement of expenses.

If you object to the relief requested, you must file your objection/response on or before September 2, 2024, with the Clerk of Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse, 1501 N. 6th Street, 3rd floor, Harrisburg, PA 17102, and serve a copy on the applicant at the address below.

If you file and serve an objection/response within the time permitted, a hearing will be held on September 10, 2024, at 9:35 am at Sylvia H. Rambo U.S. Courthouse, 1501 N. 6th Street, 3rd floor, Harrisburg, PA 17102. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Notice mailed by:    Michael A. Cibik, Esq.
                    Cibik Law, P.C.
                    1500 Walnut Street, Suite 900
                    Philadelphia, PA 19102
                    215-735-1060
                    mail@cibiklaw.com

Dated: August 12, 2024