| | |
|---|---|
| In re:<br><br>Craig Allen Zimmerman,<br>Meredith Ann Zimmerman,<br><br>Debtor. | Case No. 1:23-bk-00456-HWV<br><br>Chapter 13 |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Application to Approve Compensation and the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Jack N. Zaharopoulos (CM/ECF)

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

BROCK & SCOTT PLLC
6701 CARMEL ROAD SUITE 315
CHARLOTTE NC 28226-4035

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

GREENSKY LLC
5565 GLENRIDGE CON
7TH FLOOR
ATLANTA GA 30342-4796

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Members 1st Federal Credit Union
PO Box 8893
Camp Hill, PA 17001-8893

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG PA 17120-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

Sentinel Federal Cr Un
Po Box 700
Box Elder, SD 57719-0700

Service Finance Company
Attn: Bankruptcy
PO Box 2935
Gainesville, GA 30503-2935

Synchrony Bank  
c/o PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541-1021  

TD Retail Card Services  
Attn: Bankruptcy 1000 MacArthur Blvd  
Mahwah, NJ 07430-2035  

Toyota Financial Services  
Attn: Bankruptcy  
PO Box 259001  
Plano, TX 75025-9001  

Truist Bank  
Service Finance Company LLC  
555 S. Federal Highway #200  
Boca Raton FL 33432-6033  

U.S. Attorney, Middle District of Pa.  
235 N Washington Ave Ste 311  
Scranton, PA 18503-1533  

U.S. Department of Justice  
950 Pennsylvania Ave NW  
Washington, DC 20530-0009  

West York Area School District  
1891 Loucks Rd Ste 100  
York, PA 17408-9900  

West York Borough  
1381 W Poplar St  
York, PA 17404-5396  

York County Tax Claim Bureau  
28 E Market St Rm 105  
York, PA 17401-1587  

York Water Company  
130 E Market St  
York, PA 17401-1219  

Craig Allen Zimmerman  
4 N Pearl St  
York, PA 17404-5310  

Meredith Ann Zimmerman  
4 N Pearl St  
York, PA 17404-5310  

Date: August 12, 2024

/s/ Michael A. Cibik  
Michael A. Cibik (#23110)  
Cibik Law, P.C.  
1500 Walnut Street, Suite 900  
Philadelphia, PA 19102  
215-735-1060  
mail@cibiklaw.com