## Cibik Law, P.C.

## AMENDED INVOICE

1500 Walnut Street, Suite 900  
Philadelphia, PA 19102

Amended Invoice # 1  
Date: 10/16/2024

Craig Allen Zimmerman  
Meredith Ann Zimmerman  
4 N Pearl Street  
York, PA 17404

### 2405-Zimmerman

### Bankruptcy 23-00456-HWV

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 02/15/2023 | MAC | A106 Communicate (with client) B110 Case Administration: Initial consultation - discussed objectives with client and answered questions. | 1.00 | $350.00 |
| 03/03/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted bankruptcy petition and creditor list upon review of credit report and other documents provided by the client. | 0.90 | $315.00 |
| 03/07/2023 | MAC | A106 Communicate (with client) B110 Case Administration: Additional consultation - further evaluated clients' eligibility, financial situation, discussed options, and answered questions | 0.30 | $105.00 |
| 03/08/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted chapter 13 plan, schedules, statement of financial affairs, and means test upon review of financial documents provided by client. | 3.30 | $1,155.00 |
| 03/08/2023 | IR | A111 Other B110 Case Administration: Filed chapter 13 plan, schedules, statement of financial affairs, and means test upon review of financial documents provided by client. | 0.20 | $30.00 |
| 03/15/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.20 | $30.00 |
| 03/20/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.30 | $45.00 |
| 03/21/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.40 | $60.00 |
| 03/27/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.20 | $30.00 |
| 04/06/2023 | MA | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Represented clients at meeting of creditors. | 0.50 | $175.00 |
| 06/27/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted first amended chapter 13 plan | 0.50 | $175.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/27/2023 | IR | A111 Other B110 Case Administration: Filed first amended chapter 13 plan | 0.10 | $15.00 |
| 08/28/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted second amended chapter 13 plan | 0.50 | $175.00 |
| 08/28/2023 | IR | A111 Other B110 Case Administration: Filed second amended chapter 13 plan | 0.10 | $15.00 |
| 11/27/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted third amended chapter 13 plan | 0.50 | $175.00 |
| 11/27/2023 | IR | A111 Other B110 Case Administration: Filed third amended chapter 13 plan | 0.10 | $15.00 |
| 01/09/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted fourth amended chapter 13 plan | 0.50 | $175.00 |
| 01/09/2024 | IR | A111 Other B110 Case Administration: Filed fourth amended chapter 13 plan | 0.10 | $15.00 |
| 03/06/2024 | MA | A104 Review/analyze B110 Case Administration: Reviewed motion for relief filed by mortgage company. | 0.30 | $105.00 |
| 03/06/2024 | MA | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings: Discussed motion for relief and options for resolution with client. | 0.50 | $175.00 |
| 03/17/2024 | MA | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings: Drafted objection to motion for relief from stay. | 0.20 | $70.00 |
| 03/17/2024 | IR | A111 Other B140 Relief from Stay/Adequate Protection Proceedings: Filed objection to motion for relief from stay. | 0.10 | $15.00 |
| 04/10/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.30 | $45.00 |
| 04/11/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.10 | $15.00 |
| 04/17/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.30 | $45.00 |
| 05/01/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.30 | $45.00 |
| 06/01/2024 | MA | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Reviewed stipulation of settlement re: motion for relief from stay. | 0.40 | $140.00 |
| 06/06/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss case status. | 0.30 | $45.00 |
| 07/23/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted fifth amended chapter 13 plan | 0.50 | $175.00 |
| 07/23/2024 | IR | A111 Other B110 Case Administration: Filed fifth amended chapter 13 plan | 0.10 | $15.00 |

| | | | | |
|---|---|---|---|---|
| 08/12/2024 | MA | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time slips and drafted fee application | 0.70 | $245.00 |
| 08/12/2024 | IR | A111 Other B160 Fee/Employment Applications: Filed fee application | 0.10 | $15.00 |
| | | **Quantity Subtotal** | | **13.9** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 9.3 | $350.00 | $3,255.00 |
| Michael Cibik | Principal Attorney | 1.3 | $350.00 | $455.00 |
| Iesha Reid | Senior Paralegal | 3.3 | $150.00 | $495.00 |
| | | **Quantity Total** | | **13.9** |
| | | | **Subtotal** | **$4,205.00** |
| | | | **Total** | **$4,205.00** |
| | | | **Retainer (02/28/2023)** | **-$1,000.00** |
| | | | **Balance Owing** | **$3,205.00** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 (amended) | | $4,205.00 | $1,000.00 | $3,205.00 |
| | | | **Outstanding Balance** | **$3,205.00** |
| | | | **Total Amount Outstanding** | **$3,205.00** |