UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Craig Allen Zimmerman,
Meredith Ann Zimmerman,

Debtor.

Case No. 1:23-bk-00456-HWV

Chapter 13

**Amended Order Approving Application to Approve Compensation**

Upon consideration of the Amended Application to Approve Compensation filed by Cibik Law, P.C. (the "Applicant"), and no objections having been filed to the notice of the application, it is hereby **ORDERED** that:

1. The application is **APPROVED.**

2. Compensation in the amount of $4,205.00 and reimbursement of expenses in the amount of $0.00 are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less $1,000.00, which has been previously paid by the Debtor, to the extent that funds in his possession are available for distribution to the Applicant.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 15, 2024