United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Craig Allen Zimmerman  
Meredith Ann Zimmerman  
    Debtors

Case No. 23-00456-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 15, 2024      Form ID: pdf010      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Craig Allen Zimmerman, Meredith Ann Zimmerman, 4 N Pearl St, York, PA 17404-5310 |
| 5525492 | + | Sentinel Federal Cr Un, Po Box 700, Box Elder, SD 57719-0700 |
| 5525498 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5525500 | | West York Area School District, 1891 Loucks Rd Ste 100, York, PA 17408-9900 |
| 5525501 | + | West York Borough, 1381 W Poplar St, York, PA 17404-5396 |
| 5525502 | | York County Tax Claim Bureau, 28 E Market St Rm 105, York, PA 17401-1587 |
| 5525503 | | York Water Company, 130 E Market St, York, PA 17401-1219 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2024 17:33:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5525480 | | Email/Text: EBN@brockandscott.com | Nov 15 2024 17:18:00 | Brock & Scott, PLLC, 2011 Renaissance Blvd Ste 100, Kng of Prussa, PA 19406-2782 |
| 5525481 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2024 17:23:02 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5534849 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2024 17:22:56 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5525483 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 17:33:16 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 5525491 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 15 2024 17:18:00 | Santander, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5541076 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 15 2024 17:18:00 | Santander Bank, N.A., 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 5536966 | | Email/Text: bankruptcy@greenskycredit.com | Nov 15 2024 17:18:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 5525484 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 15 2024 17:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5525482 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2024 17:23:02 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5529343 | + | Email/Text: RASEBN@raslg.com | Nov 15 2024 17:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5525485 | | Email/Text: PBNCNotifications@peritusservices.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 15 2024 17:18:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5525486 | + | Email/Text: Unger@Members1st.org | Nov 15 2024 17:18:00 | Members 1st FCU, Attn: Bankruptcy 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5535486 | | Email/Text: Unger@Members1st.org | Nov 15 2024 17:18:00 | Members 1st Federal Credit Union, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5525487 | | Email/PDF: cbp@omf.com | Nov 15 2024 17:22:58 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5525488 | | Email/Text: fesbank@attorneygeneral.gov | Nov 15 2024 17:18:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5525489 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2024 17:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5525490 | ^ | MEBN | Nov 15 2024 17:18:12 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5525493 | ^ | MEBN | Nov 15 2024 17:17:57 | Service Finance Company, Attn: Bankruptcy, PO Box 2935, Gainesville, GA 30503-2935 |
| 5525587 | ^ | MEBN | Nov 15 2024 17:18:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5525494 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 17:22:58 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5525495 | + | Email/Text: bankruptcy@td.com | Nov 15 2024 17:18:00 | TD Retail Card Services, Attn: Bankruptcy 1000 MacArthur Blvd, Mahwah, NJ 07430-2035 |
| 5525496 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 15 2024 17:18:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 5525497 | | Email/Text: bankruptcy@bbandt.com | Nov 15 2024 17:18:00 | Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW, Po Box 85092, Richmond, VA 23285-5092 |
| 5533230 | + | Email/Text: bankruptcy@bbandt.com | Nov 15 2024 17:18:00 | Truist Bank, Service Finance Company LLC, 555 S. Federal Highway #200, Boca Raton FL 33432-6033 |
| 5525499 | ^ | MEBN | Nov 15 2024 17:17:57 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Santander Bank, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Santander Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael A. Cibik | on behalf of Debtor 1 Craig Allen Zimmerman help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael A. Cibik | on behalf of Debtor 2 Meredith Ann Zimmerman help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Craig Allen Zimmerman,
Meredith Ann Zimmerman,

Debtor.

Case No. 1:23-bk-00456-HWV

Chapter 13

**Amended Order Approving Application to Approve Compensation**

Upon consideration of the Amended Application to Approve Compensation filed by Cibik Law, P.C. (the "Applicant"), and no objections having been filed to the notice of the application, it is hereby **ORDERED** that:

1. The application is **APPROVED.**

2. Compensation in the amount of $4,205.00 and reimbursement of expenses in the amount of $0.00 are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less $1,000.00, which has been previously paid by the Debtor, to the extent that funds in his possession are available for distribution to the Applicant.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 15, 2024